IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEX LONGOS, | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. 3:20-CV-331-MAB |
| | ) |
| PANERA, LLC, | ) |
| | ) |
|        Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on May 13, 2021 (Doc. 26), this action was voluntarily **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs and fees.

DATED: May 13, 2021

                                              **MARGARET M. ROBERTIE,**
                                              **Clerk of Court**

                                              BY: /s/ Jennifer Jones
                                                         **Deputy Clerk**

APPROVED: /s/ Mark A. Beatty
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**